FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 SEP 23 A 10: 25
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RITCHIE DEWARN SIMS, | CIVIL ACTION NO.: CV202-030 |
| Petitioner, | |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: CR299-53) |
| Respondent. | |

## ORDER

Petitioner has filed a Motion for Reconsideration of the Court's Order dated August 12, 2005. (Doc. 36/146.) That Order denied Petitioner's Motion To Correct Judgment. Petitioner's Motion for Reconsideration is **DENIED**. The Order dated August 12, 2005, shall remain the Order of the Court.

**SO ORDERED**, this 23 day of Sept., 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)